UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON and CEDRIC WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 18-cv-05615-YGR (PR) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Steve Garrison and Cedric Williams, who are both state prisoners, filed the present *pro se* prisoner action under 42 U.S.C. § 1983.

As an initial matter, the Court finds that Plaintiffs Garrison and Williams should proceed in two separate cases. Because Plaintiffs have limited access to one another and cannot represent each other in these proceedings, basic case management principles of delay reduction and avoidance of confusion call for Plaintiffs' claims to proceed separately. Accordingly, Plaintiff Williams is DISMISSED as a plaintiff from this action without prejudice to his filing a new case in which he is the only plaintiff, and his application to proceed *in forma pauperis* (dkt. 4) in this case is DENIED without prejudice to his filing it in a new action.

On September 13, 2018, the Clerk of the Court sent a notice to Plaintiff Garrison, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent Plaintiff Garrison a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. On September 21, 2018, Plaintiff Garrison filed an *in forma pauperis* application,[1] but did not include a prisoner trust account

---

[1] The Court notes that Plaintiff Williams also signed the same *in forma pauperis* application. *See* Dkt. 4.

statement for the previous six months or a certificate of funds. More than twenty-eight days have passed, and Plaintiff Garrison has not paid the filing fee or returned the prisoner trust account statement and certificate of funds.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff Garrison's *in forma pauperis* application is DENIED as incomplete. Dkt. 4. The Clerk shall terminate all other pending motions, including the motion for appointment of counsel (dkt. 7), and close the file.

IT IS SO ORDERED.

Dated: November 13, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge