UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON and CEDRIC WILLIAMS, Plaintiffs, v. STATE OF CALIFORNIA, et al., Defendants. | Case No. 18-cv-05615-YGR (PR) **JUDGMENT** |

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: November 13, 2018

YVONNE GONZALEZ ROGERS
United States District Court Judge